THE PEOPLE OF THE STATE OF NEW YORK ex rel. INVINCIBLE HOLDING CORPORATION, Respondent-Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants-Respondents. [315 W. 86th St., Borough of Manhattan.] — Order affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reinstate the assessments for the tax years 1934 and 1935.

LOUIS HITTLEMAN, Respondent, v. EDELBRAU BREWERY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

MARY GUNICK et al., as Administrators of the Estate of JOHN GUNICK, Deceased, Respondents, v. CHESAPEAKE CAMP CORPORATION, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present —Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

ANA K. LEITNER, Appellant, v. THOMAS WASS, JR., et al., as Executors of GEORGE W. GRANT, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANON HOLDING CORP. et al., Relators, and WEST END TOWERS, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [898 West End Ave., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by fixing the values at the following amounts:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1944-45 | $140,000 | $400,000 | $540,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

MAXWELL E. LOPIN, Respondent, v. WILLIAM E. GLUCKIN et al., Copartners Trading under the Name of WILLIAM GLUCKIN & Co., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.